ECF

# In The United States Court of Federal Claims

ORIGINAL

RECEIVED
MAY 1 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Cover Sheet

Plaintiff(s) or Petitioner(s) Columbia Manufacturing, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Lawrence J. Sklute

Firm Name: Sklute & Associates

Post Office Box: 05- 541C

Street Address: 11921 Rockville Pike, #300

City-State-Zip: Rockville, MD 20852

Telephone & Facsimile Numbers: P(202) 637-1223 F(202) 637-0598

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 6

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A F

See attached sheet for three digit codes.

Amount Claimed: $________________

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2. See Attached