**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS OKLAHOMA CITY AIR LOGISTICS CENTER (AFMC)
TINKER AIR FORCE BASE, OKLAHOMA

31 Aug 04

MEMORANDUM FOR COLUMBIA MFG INC
165 RT 66E
PO BOX 368
COLUMBIA CT 06237

FROM: OC-ALC/PKC
3001 STAFF DRIVE, STE 2AI81
TINKER AFB OK 73145-3015

SUBJECT: Notice and Demand for Repayment of Funds and Excess Reprocurement Costs and Damages, Contract F34601-00-C-0026, Docket 2D01008.

1. Pursuant to General Provision Number I-699 of subject contract entitled "default", you are hereby notified that you are liable to the government in the amount of $29,156.12 for excess costs and damages incurred by the government as a result of your default in performance under your contract.

2. The reprocurement was accomplished by use of negotiated procedures.

3. The excess reprocurement costs and damages were computed as follows:

<u>Contract F34601-00-G-0006-0038</u>
638 each NSN 2840-01-322-5355PR
Vane Section. P/N 1588M28G03
Unit Price $447.66
Quantity applicable to this demand is 182 each

<u>Defaulted Contract: F34601-00-C-0026</u>
706 each NSN 2840-01-322-5355PR
Vane Section, P/N 1588M28G03
Unit Price $299.00
Quantity Terminated = 182 each

RECEIVED
SEP 02 2004
By

| | | | |
|---|---|---|---|
| ( Computation of Reprocurement) | | | |
| New Contract unit price: | $447.66 | | |
| Defaulted Contract unit price: | $299.00 | | |
| Unit price difference | $148.66 | | |
| Damages: (182ea times $148.66) | | | |
| Total | | | $27,056.12 |

<u>Administrative Damages:</u>

| | | |
|---|---|---|
| (a) PCO/Buyer effort to award reprocurement | $1,550.00 | |
| (b) TCO review and processing of default mod | 400.00 | |
| (c) Issuance of default mod | 150.00 | |
| Total Administrative Damages: | | $2100.00 |

Excess Cost of Reprocurement and Damages: $29,156.12

4. Demand is hereby made upon you for payment of damages in the amount of $29,156.12. Payment should be made by forwarding a check drawn payable to the Defense Finance and Accounting Service. The check should be mailed to DFAS-CO-F-D-P, P O BOX 95515, St Louis, Mo 63195-5515.

5. Unless paid within 30 days, the aforementioned amount shall bear interest at the rate established by the Secretary of the Treasury under 50 USC App 1215(b)(2) in accordance with FAR 32.6 from the date of this demand until paid. <u>You may submit a proposal for postponement of payment if immediate payment is not practicable or if said amount is disputed. Such request must be submitted to the undersigned in four copies along with four current financial statements and a list of your current contracts with the Federal Government and the dollar value of each.</u>

6. **THIS IS THE FINAL DECISION OF THE CONTRACTING OFFICER** The decision may be appealed to the Armed Services Board of Contract Appeals. If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Armed Services Board of Contract Appeals, Skyling Six, 7th Floor, 5109 Leesburg Pike, Falls Church, Va 22041, within 90 days from the date you receive this decision. A copy thereof shall be furnished to the contracting officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended; should reference this decision; and identify the contract by number. In lieu of appealing to the Armed Services

Board of Contract Appeals, you may bring an action directly in the Court of 'Federal Claims within 12 months of the date you receive this decision.

7. The revised accelerated procedure of the 'Armed Services Board of Contract Appeals shall be applicable at the sole election of the contractor in the event the amount in dispute as a result of the final decision is $50,000 or less. Alternatively, the optional small claims expedited procedures if the Armed Services Board of Appeals shall be applicable at the sole election of the contractor in the event the amount in dispute as a result of the final dicision is $10,000.00 ir less. Both the revisied accelerated procedure and the new alternative small claims expedited procedure are described in Rule 12 of the Armed Services Board of Contract "Appeals Rules.

KEITH R. PALMER
Termination Contracting Officer
Directorate of Contracting

CC: DFAS COLUMBUS