# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.**
**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401**

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 39605 00DEC29 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L | TCN | 5. DISCOUNT TERMS |
|---|---|---|---|---|
| CMI0002 | 00DEC29 | UPS PREPAY & ADD | G | .5% 10 NET 30 |

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE FOB: S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05 | 20 | EA | 309.00 | 6,180.00 |
| | SHIPPING CHARGES<br>NON-MILSTRIP | | | | 9.14 |
| | SHIPPING WT: 16 LBS<br>1 BOXES | | | | 6,189.14 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

00DEC29 — [signature]
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE

C B 0004

NAME: FRANK MANKOWSKI
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTH GOVT REP

TYPED NAME:
TITLE:
MAILING ADDRESS:

COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE

Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED — SIGNATURE OF AUTH GOVT REP

TYPED NAME:
TITLE:
MAILING ADDRESS:

COMMERCIAL TELEPHONE NUMBER:

** If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

I certify that this invoice was deposited into our Acct on 1/12/01
6158.24 Discount of 30.90
D. Dazy

EX 6, p. 1

MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 39626 01JAN03
7. PAGE: 1 OF: 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0003
3. DATE SHIPPED: 01JAN03
4. B/L: UPS PREPAY & ADD
TCN: G
5. DISCOUNT TERMS: .5% 10 NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
"SEE BLOCK #9"
FOB: S

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05 | 93 | EA | 309.00 | 28737.00 |
| | FREIGHT CHARGES | | | | 24.61 |
| | NON-MILSTRIP | | | | 28,761.61 |
| | SHIPPING WT: 51 LBS<br>2 BOXES | | | | |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
01JAN03 — C. Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:
*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

I Certify that this Invoice was Deposited into Acct on 1/12/01
28617.87 Discount of 143.74
D. Dazy

EX 6, p. 2

DD Form 250, AUG 2000 — *Previous edition is obsolete.*

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 39701 01JAN 11 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0004 | 01JAN11 | UPS PREPAY & ADD G | .5% 10 NET 30 |

| 9. PRIME CONTRACTOR CODE 8U485 | 10. ADMINISTERED BY CODE S0701A |
|---|---|
| COLUMBIA MANUFACTURING, INC.<br>165 RTE 66 EAST-PO BOX 368<br>COLUMBIA, CT 06237 | DCMC HARTFORD<br>130 DARLIN STREET<br>EAST HARTFORD, CT 06108-3234 |
| 11. SHIPPED FROM (if other than 9) CODE FOB: S | 12. PAYMENT WILL BE MADE BY CODE SC1032 |
| "SEE BLOCK #9"<br>DISCOUNT<br>EXPEDITE | DFAS COLUMBUS CENTER<br>DFAS-CO-JNC/MINUTE MAN<br>PO BOX 182266<br>COLUMBUS OH 43218-2266 |
| 13. SHIPPED TO CODE FB2039 | 14. MARKED FOR CODE FB2039 |
| TRANSPORTATION OFFICER<br>TINKER AFB OK 73145 | ACCT 09<br>NON-MILSTRIP<br>CONTRACT # F34601-99-D-0142 |

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/RECD * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>UPS CHARGES<br>NON-MILSTRIP<br>SHIPPING WT: 44 LBS<br>1 BOXES | 62 | EA | 309.00 | 19,158.00<br>21.83<br>19,179.83 |

**21. CONTRACT QUALITY ASSURANCE**

**A. ORIGIN**
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

01JAN12 — DATE
C. Florentino — SIGNATURE OF AUTH GOVT REPRESENTATIVE

NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

**B. DESTINATION**
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTH GOVT REP

TYPED NAME:
TITLE:
MAILING ADDRESS:

COMMERCIAL TELEPHONE NUMBER:

**22. RECEIVER'S USE**

Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED — SIGNATURE OF AUTH GOVT REP

TYPED NAME:
TITLE:
MAILING ADDRESS:

COMMERCIAL TELEPHONE NUMBER:

** If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.*

**23. CONTRACTOR USE ONLY**

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

# Sovereign Bank

01/25/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $19,084.04 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 01/24/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000081

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFGINC

# Sovereign Bank

01/25/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39701 | $19,179.83 | $19,084.04 | $95.79 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 39701 | | |
| AMOUNT PAID: | $19,084.04 | | |
| TOTAL INVOICE AMOUNT: | $19,179.83 | | |
| DISCOUNT AMOUNT: | $95.79 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 01/16/01 | | |

---

REMITTANCE TOTALS

CREDITS: $19,084.04

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 39727 01JAN 18
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0005
3. DATE SHIPPED: 01JAN18
4. B/L: UPS PREPAY & ADD
TCN
G
5. DISCOUNT TERMS: .5% 10 NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
FOB: S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>SHIPPING CHARGES<br>NON-MILSTRIP<br>SHIPPING WT: 25 LBS<br>1 BOXES | 25 | EA | 309.00 | 7,725.00<br>13.17<br>7,738.17 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
01JAN18 — DATE
C. Florentino — SIGNATURE OF AUTH GOVT REPRESENTATIVE
REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:
*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

Sovereign Bank

01/29/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $7,699.54 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 01/26/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000141 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFGINC |

Sovereign Bank

01/29/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39727 | $7,738.17 | $7,699.54 | $38.63 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 39727 | |
| AMOUNT PAID: | $7,699.54 | |
| TOTAL INVOICE AMOUNT: | $7,738.17 | |
| DISCOUNT AMOUNT: | $38.63 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 01/22/01 | |

---

REMITTANCE TOTALS

CREDITS: $7,699.54

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 39748 01JAN 23 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0006 | 01JAN23 | UPS PREPAY & ADD G | .5% 10 NET 30 |

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE FOB: S
"SEE BLOCK #9"

DISCOUNT EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>SHIPPING CHARGES<br>NON-MILSTRIP<br>SHIPPING WT: 15 lbs<br>1 BOXES | 18 | EA | 309.00 | 5,562.00<br>8.68<br>5,570.68 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
01JAN23 — C. Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:
** If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

EX 6, p. 9

# Sovereign Bank

02/06/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $5,542.87 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 02/05/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000249 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFGINC |

Sovereign Bank

02/06/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39748 | $5,570.68 | $5,542.87 | $27.81 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 39748 | | |
| AMOUNT PAID: | $5,542.87 | | |
| TOTAL INVOICE AMOUNT: | $5,570.68 | | |
| DISCOUNT AMOUNT: | $27.81 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 01/26/01 | | |

---

REMITTANCE TOTALS

CREDITS: $5,542.87

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 39802 01FEB02
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0007
3. DATE SHIPPED: 01FEB02
4. B/L: UPS PREPAY & ADD
TCN: G
5. DISCOUNT TERMS: .5% 10 NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
"SEE BLOCK #9"
FOB: S

12. PAYMENT WILL BE MADE BY CODE: SC1032
DISCOUNT
EXPEDITE
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br><br>NON-MILSTRIP<br><br>SHIPPING WT: 30 LBS<br>1 BOXES | 47 | EA | 309.00 | 14,523.00 |

UPS NEXT DAY AIR TRACKING NUMBER 1Z 097 693 01 1002 197 5

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
01Feb02 — DATE
C. Florentino — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A*
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE
SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED
SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:
*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

Sovereign Bank

02/14/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $14,450.38 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 02/13/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000079 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFG INC |

Sovereign Bank

02/14/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39802 | $14,523.00 | $14,450.38 | $72.62 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 39802 | | |
| AMOUNT PAID: | $14,450.38 | | |
| TOTAL INVOICE AMOUNT: | $14,523.00 | | |
| DISCOUNT AMOUNT: | $72.62 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 02/05/01 | | |

---

REMITTANCE TOTALS

CREDITS: $14,450.38

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 39924 01FEB19
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0008
3. DATE SHIPPED: 01FEB19
4. B/L: UPS PREPAY & ADD
TCN: 1Z 097 693 13 1002 002 4 G
5. DISCOUNT TERMS: .5% 10 NET 30

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
"SEE BLOCK #9"
FOB: S

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/RECD * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br><br>NON-MILSTRIP<br><br>Freight charges<br>SHIPPING WT: #3<br>1 BOXES | 3 | EA | 309.00 | 927.00<br><br>25.50<br><br>952.50 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
01FEB19 — DATE
(signature) SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: JIM QUENNEVILLE
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE
SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED
SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

Sovereign Bank

02/27/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $947.86 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 02/24/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

| RECEIVER | | ORIGINATOR | |
|---|---|---|---|
| ROUTING ID: | 011075150 | ROUTING ID: | 044036438 |
| DEMAND ACCT: | 84980011401 | DEMAND ACCT: | 00008560 |
| | | COMPANY ID: | |
| | | CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000109 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFG INC |

# Sovereign Bank

02/27/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39924 | $952.50 | $947.86 | $4.64 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 39924 | |
| AMOUNT PAID: | $947.86 | |
| TOTAL INVOICE AMOUNT: | $952.50 | |
| DISCOUNT AMOUNT: | $4.64 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 02/20/01 | |

---

REMITTANCE TOTALS

CREDITS: $947.86

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

*Form Approved OMB No. 0704-0248*

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.**
**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401**

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 39940 01FEB21 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0009 | 01FEB21 | UPS PREPAY & ADD<br>TCN 1Z 097 693 13 1002 034 6 G | .5% 10 NET 30 |

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE FOB: S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>Freight charges<br>NON-MILSTRIP<br>SHIPPING WT: 24 LBS<br>1 BOXES | 33 | EA | 309.00 | 10197.00<br>65.00<br>10262.00 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☑ CQA ☑ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
01FEB21 [signature]
DATE SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: JOHN HAZELTON
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

** If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

EX 6, p. 18

DD Form 250, AUG 2000 *Previous edition is obsolete.*

# Sovereign Bank

03/08/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $10,211.01 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 03/07/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

| RECEIVER | | ORIGINATOR | |
|---|---|---|---|
| ROUTING ID: | 011075150 | ROUTING ID: | 044036438 |
| DEMAND ACCT: | 84980011401 | DEMAND ACCT: | 00008560 |
| | | COMPANY ID: | |
| | | CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000179 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFG INC |

Sovereign Bank

03/08/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39940 | $10,262.00 | $10,211.01 | $50.99 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 39940 | |
| AMOUNT PAID: | $10,211.01 | |
| TOTAL INVOICE AMOUNT: | $10,262.00 | |
| DISCOUNT AMOUNT: | $50.99 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 03/05/01 | |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 39940 01FEB23
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0010
3. DATE SHIPPED: 01FEB23
4. B/L: UPS PREPAY & ADD
TCN: G
5. DISCOUNT TERMS: .5% 10 NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
"SEE BLOCK #9"
FOB: S

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>NON-MILSTRIP<br>SHIPPING WT: 50 LBS<br>1 BOXES | 25 | EA | 309.00 | 7,725.00 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, ~~except as noted herein or on supporting documents.~~
01 Feb 23 — DATE REPRESENTATIVE
C. Florentino — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:
** If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

Sovereign Bank

04/19/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $7,686.37 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 04/18/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000129

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

Sovereign Bank

04/19/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39940 | $7,725.00 | $7,686.37 | $38.63 |

---

DETAIL INFORMATION

INVOICE NUMBER: 39940
AMOUNT PAID: $7,686.37
TOTAL INVOICE AMOUNT: $7,725.00
DISCOUNT AMOUNT: $38.63
ADJUSTMENT AMOUNT: $0.00 REASON CODE:
PURCHASE ORDER NUMBER:
INVOICE DATE: 03/05/01

---

REMITTANCE TOTALS

CREDITS: $7,686.37

DEBITS: $0.00