# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 39983 2001MAR07 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0011 | 2001MAR07 | UPS PREPAY & ADD<br>TCN G | .5% 10 NET 30 |

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE FOB: S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05 | 16 | EA | 309.00 | 4,944.00 |
| | FREIGHT CHARGES<br>NON-MILSTRIP | | | | 50.00 |
| | SHIPPING WT: 14<br>1 BOXES | | | | 4,994.00 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
2001 MAR 07 — C. Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE

NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

** If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

EX 6, p. 24

Sovereign Bank

03/23/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $4,969.28 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 03/22/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

| RECEIVER | | ORIGINATOR | |
|---|---|---|---|
| ROUTING ID: | 011075150 | ROUTING ID: | 044036438 |
| DEMAND ACCT: | 84980011401 | DEMAND ACCT: | 00008560 |
| | | COMPANY ID: | |
| | | CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000102 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFG INC |

Sovereign Bank

03/23/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 39983 | $4,994.00 | $4,969.28 | $24.72 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 39983 | | |
| AMOUNT PAID: | $4,969.28 | | |
| TOTAL INVOICE AMOUNT: | $4,994.00 | | |
| DISCOUNT AMOUNT: | $24.72 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 03/20/01 | | |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.*

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 40045 2001MAR09
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0012
3. DATE SHIPPED: 2001MAR09
4. B/L: UPS PREPAY & ADD
TCN: G
5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE FOB: S
"SEE BLOCK #9"

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05 | 40 | EA | 309.00 | 12,360.00 |
| | FREIGHT CHARGES<br>NON-MILSTRIP | | | | 74.25 |
| | | | | | 12,434.25 |
| | SHIPPING WT: 30 LBS<br>1 BOXES | | | | |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
2001MAR09 (signature)
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

**If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

EX 6, p. 27

Sovereign Bank

03/19/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $12,372.07 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 03/16/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000128

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

# Sovereign Bank

03/19/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40045 | $12,434.25 | $12,372.07 | $62.18 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 40045 | |
| AMOUNT PAID: | $12,372.07 | |
| TOTAL INVOICE AMOUNT: | $12,434.25 | |
| DISCOUNT AMOUNT: | $62.18 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 03/13/01 | |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 40089 2001MAR16
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0013
3. DATE SHIPPED: 2001MAR16
4. B/L: UPS PREPAY & ADD
TCN: G
5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE: FOB: S
"SEE BLOCK #9"

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>NON-MILSTRIP Freight Charges<br>SHIPPING WT: 14 LBS<br>1 BOXES | 17 | EA | 309.00 | 5,253.00<br>8.47<br>5,261.47 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
2001 MAR 16 — C Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

Sovereign Bank

03/28/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $10,162.00 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 03/27/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

| RECEIVER | | ORIGINATOR | |
|---|---|---|---|
| ROUTING ID: | 011075150 | ROUTING ID: | 044036438 |
| DEMAND ACCT: | 84980011401 | DEMAND ACCT: | 00008560 |
| | | COMPANY ID: | |
| | | CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000150

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

Sovereign Bank

03/28/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40089 | $5,261.47 | $5,235.20 | $26.27 |
| 40101 | $4,951.52 | $4,926.80 | $24.72 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 40089 | | |
| AMOUNT PAID: | $5,235.20 | | |
| TOTAL INVOICE AMOUNT: | $5,261.47 | | |
| DISCOUNT AMOUNT: | $26.27 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 03/20/01 | | |

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 40101 | | |
| AMOUNT PAID: | $4,926.80 | | |
| TOTAL INVOICE AMOUNT: | $4,951.52 | | |
| DISCOUNT AMOUNT: | $24.72 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 03/20/01 | | |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 40101 2001MAR19 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0014 | 2001MAR19 | UPS PREPAY & ADD G | NET 30 |

**9. PRIME CONTRACTOR** CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

**10. ADMINISTERED BY** CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

**11. SHIPPED FROM (if other than 9)** CODE FOB: S
"SEE BLOCK #9"

**12. PAYMENT WILL BE MADE BY** CODE SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

**13. SHIPPED TO** CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

**14. MARKED FOR** CODE FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05 | 16 | EA | 309.00 | 4,944.00 |
| | FREIGHT CHARGES | | | | 7.52 |
| | NON-MILSTRIP | | | | 4,951.52 |
| | SHIPPING WT: 12 LBS<br>1 BOXES | | | | |

**21. CONTRACT QUALITY ASSURANCE**

**A. ORIGIN**
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
2001 MAR 19 — Frank Mankowski
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: FRANK MANKOWSKI
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

C B 0004

**B. DESTINATION**
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

**22. RECEIVER'S USE**
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

**23. CONTRACTOR USE ONLY**
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

EX 6, p. 33

# Sovereign Bank

03/28/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $10,162.00 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 03/27/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000150 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFG INC |

Sovereign Bank

03/28/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40089 | $5,261.47 | $5,235.20 | $26.27 |
| 40101 | $4,951.52 | $4,926.80 | $24.72 |

---

DETAIL INFORMATION

INVOICE NUMBER: 40089
AMOUNT PAID: $5,235.20
TOTAL INVOICE AMOUNT: $5,261.47
DISCOUNT AMOUNT: $26.27
ADJUSTMENT AMOUNT: $0.00 REASON CODE:
PURCHASE ORDER NUMBER:
INVOICE DATE: 03/20/01

INVOICE NUMBER: 40101
AMOUNT PAID: $4,926.80
TOTAL INVOICE AMOUNT: $4,951.52
DISCOUNT AMOUNT: $24.72
ADJUSTMENT AMOUNT: $0.00 REASON CODE:
PURCHASE ORDER NUMBER:
INVOICE DATE: 03/20/01

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 40290 2001APR12
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0015
3. DATE SHIPPED: 2001APR12
4. B/L: UPS PREPAY & ADD
TCN: G
5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE: FOB: S
"SEE BLOCK #9"

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
NON-MILSTRIP
CONTRACT # F34601-99-D-0142-0001

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY.<br>P/N: 1559M54G05<br>NON-MILSTRIP | 20 | EA | 309.00 | 6,180.00 |
| | FREIGHT CHARGES | | | | 8.47 |
| | SHIPPING WT: 14 LBS<br>1 BOXES | | | | 6,188.47 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
2001 APR 12 (signature)
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: FRANK MANKOWSKI
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

(Stamp: 0004)

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME
TITLE
MAILING ADDRESS
COMMERCIAL TELEPHONE NUMBER
*If quantity received by the Government is the same as quantity shipped, indicate by (X)mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101,000102,0001J1,0001J2,A00001,00011B

EX 6, p. 36

DD Form 250, AUG 2000 — Previous edition is obsolete.

# Sovereign Bank

04/20/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $6,157.57 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 04/19/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000129

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

EX 6, p. 37

Sovereign Bank

04/20/2001
PAGE 2

ACCOUNT: 84980011401

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40290 | $6,188.47 | $6,157.57 | $30.90 |

DETAIL INFORMATION

INVOICE NUMBER: 40290
AMOUNT PAID: $6,157.57
TOTAL INVOICE AMOUNT: $6,188.47
DISCOUNT AMOUNT: $30.90
ADJUSTMENT AMOUNT: $0.00 REASON CODE:
PURCHASE ORDER NUMBER:
INVOICE DATE: 03/05/01

REMITTANCE TOTALS

CREDITS: $6,157.57

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

| 1. PROC. INSTRUMENT IDEN (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 40328 2001APR23 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0016 | 2001APR23 | UPS / G | NET 30 |

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (If other than 9) CODE FOB S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS-COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB, OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
CONTRACT # F34601-99-D-0142-0001
NON-MILSTRIP

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number) | 17. QUANTITY SHIP/REC'D | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY<br>P/N: 1559M54G05 | 33 | EA | 309.00 | 10,197.00 |
| | Freight Charges | | | | 13.58 |
| | NON-MILSTRIP<br>SHIPPING WT: 25 LBS<br>1 BOXES | | | | 10,210.58 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[X] COA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
ALTERNATE RELEASE PROCEDURE
2001 APR 24 — C. Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME CHRIS FLORENTINO
TITLE QAR S0701A
ADDRESS COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER (860) 228-2259

B. DESTINATION
[ ] COA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME
TITLE
MAILING ADDRESS
COMMERICAL TELEPHONE NUMBER

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME
TITLE
MAILING ADDRESS
COMMERICAL TELEPHONE NUMBER
* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
P.O.C. DONNA DAZY 860-228-2250
REF: CMI JOB NO: 3944
AMENDMENTS: 000101, 000102, 0001J1, 0001J2, A00001, 00011B

"The supplies in this shipment have been subjected to and have passed all examinations and tests required by the contract, were shipped in accordance with authorized shipping instructions, conform to the quality, identity, and condition called for by the contract, and are of the quantity shown on this document. This shipment was released in accordance with section 246.471 of the Defense FAR Supplement, and authorized by Chris Florentino, QAR-GUDE, DCMC, E. Hartford CT, in a letter dated 01APR20

[signature]
Signature and Title of Contractor's Designated Representative
Typed Name and Title DAVE BELL, JR
VICE PRESIDENT OF QUALITY AND ENGINEERING

EX. 6, p. 39

DD Form 250, AUG 2000 — Previous edition is obsolete

---

PAYMENT INFORMATION

CREDIT: $10,210.58
DEBIT: $0.00
EFFECTIVE DATE: 05/21/01
PAYMENT FORMAT: ACH/CTX

---

RECEIVER

ROUTING ID: 011075150
DEMAND ACCT: 84980011401

ORIGINATOR

ROUTING ID: 044036438
DEMAND ACCT: 00008560
COMPANY ID:
CO. SUPPL. CODE:

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000141

ORIGINATOR: DEPARTMENT OF DEFENSE ACTIVITY

RECEIVER: COLUMBIA MFG INC

05/22/2001
PAGE 4

ACCOUNT: 84980011401

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40328 | $10,210.58 | $10,210.58 | $0.00 |

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 40328 | |
| AMOUNT PAID: | $10,210.58 | |
| TOTAL INVOICE AMOUNT: | $10,210.58 | |
| DISCOUNT AMOUNT: | $0.00 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 04/26/01 | |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES. SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | (ORDER) NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F34601-99-D-0142 | 0001 | 40393 2001MAY03 | 1 | 1 | S |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L / TCN | 5. DISCOUNT TERMS |
|---|---|---|---|
| CMI0017 | 2001MAY03 | UPS G | NET 30 |

**9. PRIME CONTRACTOR** CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

**10. ADMINISTERED BY** CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

**11. SHIPPED FROM (if other than 9)** CODE
"SEE BLOCK #9"
FOB: S

DISCOUNT EXPEDITE

**12. PAYMENT WILL BE MADE BY** CODE SC1032
DFAS-COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

**13. SHIPPED TO** CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB, OK 73145

**14. MARKED FOR** CODE FB2039
ACCT 09
CONTRACT # F34601-99-D-0142-0001
NON-MILSTRIP

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY<br>P/N: 1559M54G05 | 12 | EA | 309.00 | 3,708.00 |
| | Freight Charges | | | | 6.13 |
| | NON-MILSTRIP<br>SHIPPING WT: 9 LBS<br>1 BOXES | | | | 3,714.13 |

**21. CONTRACT QUALITY ASSURANCE**

**A. ORIGIN**
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

ALTERNATE RELEASE PROCEDURE

2001 May 08 — C Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE

NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

**B. DESTINATION**
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents

DATE — SIGNATURE OF AUTH GOVT REP

TYPED NAME:
TITLE
MAILING ADDRESS:

COMMERICAL TELEPHONE NUMBER:

**22. RECEIVER'S USE**
Quantities shown in column 17 were received in apparent good condition except as noted

DATE RECEIVED — SIGNATURE OF AUTH GOVT REP

TYPED NAME:
TITLE:
MAILING ADDRESS:

COMMERICAL TELEPHONE NUMBER:

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

**23. CONTRACTOR USE ONLY**

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101, 000102, 0001J1, 0001J2, A00001, 00011B

"The supplies in this shipment have been subjected to and have passed all examinations and tests required by the contract, were shipped in accordance with authorized shipping instructions; conform to the quality, identity, and condition called for by the contract, and are of the quantity shown on this document. This shipment was released in accordance with section 246.471 of the Defense FAR Supplement, and authorized by Chris Florentino, QAR, GUOE, DCMC, E. Hartford, CT, in a letter dated 01APR20

[signature]
Signature and Title of Contractor's Designated Representative

Typed Name and Title: GILBERT J OUELLETTE, QC MANAGER

EX 6, p. 42

DD Form 250, AUG 2000 — Previous edition is obsolete.

# Sovereign Bank

05/25/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $1,860.13 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 05/24/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000155

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

Sovereign Bank

05/25/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40393 | $3,714.13 | $1,860.13 | $1,854.00 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 40393 | |
| AMOUNT PAID: | $1,860.13 | |
| TOTAL INVOICE AMOUNT: | $3,714.13 | |
| DISCOUNT AMOUNT: | $1,854.00 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 05/15/01 | |

---

REMITTANCE TOTALS

CREDITS: $1,860.13

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142
(ORDER) NO.: 0001
6. INVOICE NO./DATE: 40478 2001MAY10
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0018
3. DATE SHIPPED: 2001MAY10
4. B/L: UPS
TCN: G
5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE: FOB: S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS-COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB, OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
CONTRACT # F34601-99-D-0142-0001
NON-MILSTRIP

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY<br>P/N: 1559M54G05 | 51 | EA | 309.00 | 15,759.00 |
| | Freight Charges | | | | 18.20 |
| | NON-MILSTRIP<br>SHIPPING WT: 3 LBS<br>1 BOXES | | | | 15,777.20 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
ALTERNATE RELEASE PROCEDURE
2001MAY17 (signature)
DATE / SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE / SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED / SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:
* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101, 000102, 0001J1, 0001J2, A00001, 00011B

"The supplies in this shipment have been subjected to and have passed all examinations and tests required by the contract; were shipped in accordance with authorized shipping instructions; conform to the quality, identity, and condition called for by the contract; and are of the quantity shown on this document. This shipment was released in accordance with section 246.471 of the Defense FAR Supplement; and authorized by Chris Florentino, QAR, GUOE, DCMC, E. Hartford, CT, in a letter dated 01APR20

(signature)
Signature and Title of Contractor's Designated Representative
Typed Name and Title: GILBERT J. OUELLETTE, QC MANAGER

DD Form 250, AUG 2000 — Previous edition is obsolete

# Sovereign Bank

06/01/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $28,012.41 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 05/31/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

| RECEIVER | | ORIGINATOR | |
|---|---|---|---|
| ROUTING ID: | 011075150 | ROUTING ID: | 044036438 |
| DEMAND ACCT: | 84980011401 | DEMAND ACCT: | 00008560 |
| | | COMPANY ID: | |
| | | CO. SUPPL. CODE: | |

---

| | |
|---|---|
| CHECK NUMBER: | |
| BATCH NUMBER: | |
| DOCUMENTATION ID CODE: | |
| TRACE NUMBER: | 044036432000092 |
| ORIGINATOR: | Department of Defense Activity |
| RECEIVER: | COLUMBIA MFG INC |

Sovereign Bank

06/01/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40478 | $15,777.20 | $15,698.40 | $78.80 |
| 40517 | $12,375.81 | $12,314.01 | $61.80 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 40478 | |
| AMOUNT PAID: | $15,698.40 | |
| TOTAL INVOICE AMOUNT: | $15,777.20 | |
| DISCOUNT AMOUNT: | $78.80 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 05/18/01 | |

| | | |
|---|---|---|
| INVOICE NUMBER: | 40517 | |
| AMOUNT PAID: | $12,314.01 | |
| TOTAL INVOICE AMOUNT: | $12,375.81 | |
| DISCOUNT AMOUNT: | $61.80 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 05/18/01 | |

---

REMITTANCE TOTALS

CREDITS: $28,012.41

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142 (ORDER) NO.: 0001
6. INVOICE NO./DATE: 40517 2001MAY17
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0019
3. DATE SHIPPED: 2001MAY17
4. B/L: UPS
TCN: G
5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
"SEE BLOCK #9"
FOB: S

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS-COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB, OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
CONTRACT # F34601-99-D-0142-0001
NON-MILSTRIP

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY<br>P/N: 1559M54G05 | 40 | EA | 309.00 | 12,360.00 |
| | Freight Charges | | | | 15.81 |
| | NON-MILSTRIP<br>SHIPPING WT: 30 LBS<br>1 BOXES | | | | 12,375.81 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
ALTERNATE RELEASE PROCEDURE
2001 MAY17 — DATE REPRESENTATIVE
C. Florentino — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:
* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101, 000102, 0001J1, 0001J2, A00001, 00011B

"The supplies in this shipment have been subjected to and have passed all examinations and tests required by the contract; were shipped in accordance with authorized shipping instructions; conform to the quality, identity, and condition called for by the contract; and are of the quantity shown on this document. This shipment was released in accordance with section 246.471 of the Defense FAR Supplement; and authorized by Chris Florentino, QAR, GUOE, DCMC, E. Hartford, CT, in a letter dated 01APR20

[signature]
Signature and Title of Contractor's Designated Representative
Typed Name and Title: GILBERT J. OUELLETTE QC MANAGER

EX 6, p. 48

DD Form 250, AUG 2000 Previous edition is obsolete

# Sovereign Bank

06/01/2001
PAGE 1

ACCOUNT: 84980011401

SOVEREIGN BANK NEW ENGLAND
EDI SERVICES
REMITTANCE/PAYMENT ADVICE

COLUMBIA MANUFACTURING, INC.
ATTN: DONNA DAZY
FAX# 860-228-2273

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $28,012.41 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 05/31/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000092

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

Sovereign Bank

06/01/2001
PAGE 2

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40478 | $15,777.20 | $15,698.40 | $78.80 |
| 40517 | $12,375.81 | $12,314.01 | $61.80 |

---

DETAIL INFORMATION

| | | |
|---|---|---|
| INVOICE NUMBER: | 40478 | |
| AMOUNT PAID: | $15,698.40 | |
| TOTAL INVOICE AMOUNT: | $15,777.20 | |
| DISCOUNT AMOUNT: | $78.80 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 05/18/01 | |

| | | |
|---|---|---|
| INVOICE NUMBER: | 40517 | |
| AMOUNT PAID: | $12,314.01 | |
| TOTAL INVOICE AMOUNT: | $12,375.81 | |
| DISCOUNT AMOUNT: | $61.80 | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: |
| PURCHASE ORDER NUMBER: | | |
| INVOICE DATE: | 05/18/01 | |

---

REMITTANCE TOTALS

CREDITS: $28,012.41

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, paperwork Reduction Project (0704-0248), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.**
**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401**

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142 | (ORDER) NO.: 0001
6. INVOICE NO./DATE: 40711 2001JUN15
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0020
3. DATE SHIPPED: 2001JUN15
4. B/L: UPS
TCN: G
5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE: 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE: S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE: FOB: S
"SEE BLOCK #9"

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE: SC1032
DFAS-COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE: FB2039
TRANSPORTATION OFFICER
TINKER AFB, OK 73145

14. MARKED FOR CODE: FB2039
ACCT 09
CONTRACT # F34601-99-D-0142-0001
NON-MILSTRIP

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY<br>P/N: 1559M54G05 | 17 | EA | 309.00 | 5253,.00 |
| | Freight Charges | | | | 8.47 |
| | NON-MILSTRIP<br>SHIPPING WT: 14 LBS<br>1 BOXES | | | | 5,261.47 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

**ALTERNATE RELEASE PROCEDURE**

2001JUN19 — DATE
C. Florentino — SIGNATURE OF AUTH GOVT REPRESENTATIVE

NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:

*If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101, 000102, 0001J1, 0001J2, A00001, 00011B

"The supplies in this shipment have been subjected to and have passed all examinations and tests required by the contract; were shipped in accordance with authorized shipping instructions; conform to the quality, identity, and condition called for by the contract; and are of the quantity shown on this document. This shipment was released in accordance with section 246.471 of the Defense FAR Supplement; and authorized by Chris Florentino, QAR, GUOE, DCMC, E. Hartford, CT, in a letter dated 01JUN08

G. J. Ouellette
Signature and Title of Contractor's Designated Representative

Typed Name and Title: GILBERT J. OUELLETTE
QC MANAGER

DD Form 250, AUG 2000 — Previous edition is obsolete.

EX 6, p. 51

# Sovereign Bank

07/16/2001
PAGE 5

ACCOUNT: 84980011401

---

PAYMENT INFORMATION

| | |
|---|---|
| CREDIT: | $5,261.47 |
| DEBIT: | $0.00 |
| EFFECTIVE DATE: | 07/13/01 |
| PAYMENT FORMAT: | ACH/CTX |

---

RECEIVER

| | |
|---|---|
| ROUTING ID: | 011075150 |
| DEMAND ACCT: | 84980011401 |

ORIGINATOR

| | |
|---|---|
| ROUTING ID: | 044036438 |
| DEMAND ACCT: | 00008560 |
| COMPANY ID: | |
| CO. SUPPL. CODE: | |

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000133

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

# Sovereign Bank

07/16/2001
PAGE 6

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40711 | $5,261.47 | $5,261.47 | $0.00 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 40711 | | |
| AMOUNT PAID: | $5,261.47 | | |
| TOTAL INVOICE AMOUNT: | $5,261.47 | | |
| DISCOUNT AMOUNT: | $0.00 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 06/20/01 | | |

---

REMITTANCE TOTALS

CREDITS: $42,999.94

DEBITS: $0.00

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401

1. PROC. INSTRUMENT IDEN. (CONTRACT): F34601-99-D-0142 | (ORDER) NO.: 0001 | 6. INVOICE NO./DATE: 40790 2001JUN29 | 7. PAGE 1 OF 1 | 8. ACCEPTANCE POINT: S

2. SHIPMENT NO.: CMI0021 | 3. DATE SHIPPED: 2001JUN29 | 4. B/L: UPS | TCN: G | 5. DISCOUNT TERMS: NET 30

9. PRIME CONTRACTOR CODE 8U485
COLUMBIA MANUFACTURING, INC.
165 RTE 66 EAST-PO BOX 368
COLUMBIA, CT 06237

10. ADMINISTERED BY CODE S0701A
DCMC HARTFORD
130 DARLIN STREET
EAST HARTFORD, CT 06108-3234

11. SHIPPED FROM (if other than 9) CODE
"SEE BLOCK #9"

FOB: S

DISCOUNT
EXPEDITE

12. PAYMENT WILL BE MADE BY CODE SC1032
DFAS-COLUMBUS CENTER
DFAS-CO-JNC/MINUTE MAN
PO BOX 182266
COLUMBUS OH 43218-2266

13. SHIPPED TO CODE FB2039
TRANSPORTATION OFFICER
TINKER AFB, OK 73145

14. MARKED FOR CODE FB2039
ACCT 09
CONTRACT # F34601-99-D-0142-0001
NON-MILSTRIP

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D * | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 AB | NSN: 2840-01-308-5488PR<br>NOUN: STG.4 VANE & SEAL ASSY<br>P/N: 1559M54G05 | 13 | EA | 309.00 | 4,017.00 |
| | Freight Charges | | | | 6.56 |
| | NON-MILSTRIP<br>SHIPPING WT: 10 LBS<br>1 BOXES | | | | 4,023.56 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
ALTERNATE RELEASE PROCEDURE
2001 Jun 29 — C. Florentino
DATE — SIGNATURE OF AUTH GOVT REPRESENTATIVE
NAME: CHRIS FLORENTINO
TITLE: QAR S0701A
ADDRESS: COLUMBIA MANUFACTURING, INC
165 RTE 66 EAST PO BOX 368
COLUMBIA CT 06237
COMMERCIAL TELEPHONE NUMBER: (860) 228-2259

B. DESTINATION
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERICAL TELEPHONE NUMBER:
*If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

P.O.C. DONNA DAZY 860-228-2259
REF: CMI JOB NO: 3944
AMENDMENTS: 000101, 000102, 0001J1, 0001J2, A00001, 00011B

"The supplies in this shipment have been subjected to and have passed all examinations and tests required by the contract; were shipped in accordance with authorized shipping instructions; conform to the quality, identity, and condition called for by the contract; and are of the quantity shown on this document. This shipment was released in accordance with section 246.471 of the Defense FAR Supplement; and authorized by Chris Florentino, QAR, GUOE, DCMC, E. Hartford, CT, in a letter dated 01JUN19

[signature]
Signature and Title of Contractor's Designated Representative
Typed Name and Title: GILBERT V. OUELLETTE, QC MANAGER

DD Form 250, AUG 2000 — Previous edition is obsolete.

EX 6, p. 54

Sovereign Bank

07/30/2001
PAGE 3

ACCOUNT: 84980011401

---

PAYMENT INFORMATION

CREDIT: $4,023.56
DEBIT: $0.00
EFFECTIVE DATE: 07/27/01
PAYMENT FORMAT: ACH/CTX

---

RECEIVER

ROUTING ID: 011075150
DEMAND ACCT: 84980011401

ORIGINATOR

ROUTING ID: 044036438
DEMAND ACCT: 00008560
COMPANY ID:
CO. SUPPL. CODE:

---

CHECK NUMBER:

BATCH NUMBER:

DOCUMENTATION ID CODE:

TRACE NUMBER: 044036432000138

ORIGINATOR: Department of Defense Activity

RECEIVER: COLUMBIA MFG INC

Sovereign Bank

07/30/2001
PAGE 4

ACCOUNT: 84980011401

---

REMITTANCE INFORMATION

| INVOICE NUMBER: | INVOICE AMOUNT: | AMOUNT PAID: | DISCOUNT AMOUNT: |
|---|---|---|---|
| 40790 | $4,023.56 | $4,023.56 | $0.00 |

---

DETAIL INFORMATION

| | | | |
|---|---|---|---|
| INVOICE NUMBER: | 40790 | | |
| AMOUNT PAID: | $4,023.56 | | |
| TOTAL INVOICE AMOUNT: | $4,023.56 | | |
| DISCOUNT AMOUNT: | $0.00 | | |
| ADJUSTMENT AMOUNT: | $0.00 | REASON CODE: | |
| PURCHASE ORDER NUMBER: | | | |
| INVOICE DATE: | 07/03/01 | | |