**Contract# F34601-99-D-0142-0001**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | Incremental Delivery Schedule (Per contract modification dated14 MAR 01) | Quantity on Delivery Schedule | Quantity of Vane Assemblies that the Government Accepted as Reflected on the DD 250s | DD 250 Number | DD 250 Date | Invoice Information as Reflected in the DD250 and submitted for payment: Number, Date and Amount & % Discount | Tinker's Electronic Wire Transfer Date, Dollar Amount and Number |
| 1 | Shipped | 265 ea | 20 | CMI0002 | 30-Dec-04 | 39605; 29 Dec 00; $6,189.14; 1/2% | 1/12/01; $6158.24; Disc. $30.90 |
| 2 | | | 93 | CMI0003 | 4-Jan-05 | 39626; 03 Jan 01; $28,761.61 1/2% | 1/12/01; $28,617.87; Disc. $143.74 |
| 3 | | | 62 | CMI0004 | 13-Jan-05 | 39701; 11 Jan 01; $19,179.83; 1/2% | 1/25/01; $19,084.04; Disc. $95.79 |
| 4 | | | 25 | CMI0005 | 19-Jan-05 | 39727; 18 Jan 01; $7,738.17 1/2% | 1/29/01; $7699.54; Disc. $38.63 |
| 5 | | | 18 | CMI0006 | 24-Jan-05 | 39748; 23 Jan 01; $5,570.68; 1/2% | 2/6/01; $5542.87; Disc. $27.81 |
| 6 | | | 47 | CMI0007 | 3-Feb-05 | 39802; 02 Feb 01; $14,523.00; 1/2% | 2/14/01; $14,450.38; Disc.$72.62 |
| 7 | | | Total: 265 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8** | 1-Apr-05 | 100 ea | 3 | CMI0008 | 20-Feb-05 | 39924; 19 Feb 01; $952.50; 1/2% | 2/27/01; $947.86; Disc. $4.64 |
| **9** | | | 33 | CMI0009 | 22-Feb-05 | 39940; 21 Feb 01; $10,262.00; 1/2% | 3/8/01; $10,211.01; Disc $50.99 |
| **10** | | | 25 | CMI0010 | 24-Feb-05 | 39940; 23 Feb 01; $7,725.00; 1/2% | 4/19/01; $7686.37 Disc. $38.63 |
| **11** | | | 16 | CMI0011 | 8-Mar-05 | 39983; 07 Mar 01; $4,994.00; 1/2% | 3/23/01; $4969.28; Disc. $24.72 |
| **12** | | | 23 of 40 | CMI0012 | 10-Mar-05 | 40045; 09 Mar 01; $12,434.25; 1/2% | 3/19/01; $12,372.07; Disc. $62.18 |
| **13** | | | Total: 100 | | | | |
| **14** | 1-May-05 | 100 ea | 17 of 40 | CMI0012 | 10-Mar-05 | See Above | See Above |
| **15** | | | 17 | CMI0013 | 17-Mar-05 | 40089; 16 Mar 01; $5,261.47; 1/2% | 3/28/01; $5235.20; Disc $26.27 |
| **16** | | | 16 | CMI0014 | 20-Mar-05 | 40101 ; 19 Mar 01; $4,951.52; 1/2% | 3/28/01; $4926.80; Disc $24.72 |
| **17** | | | 20 | CMI0015 | 13-Apr-05 | 40290; 12 Apr 01; $6,188.47; 1/2% | 4/20/01; $6157.57; Disc. $30.90 |
| **18** | | | 30 of 33 | CMI0016 | 25-Apr-05 | 40328; 23 Apr 01; $10,210.58; 1/2% | 5/22/01; $10,210.58 |
| **19** | | | Total: 100 | | | | |
| **20** | 1-Jun-05 | 100 ea | 3 of 33 | CMI0016 | 25-Apr-05 | See Above | See Above |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21 | | | | CMI0017 | 9-May-05 | 40393; 03 May 01; $3,714.13; 1/2% | 5/25/01; $1860.13; Disc.$1854.00; Mods A00001 - $2310.; 000102 - $544.00 ; 000103 - $3382.00 |
| 22 | | | 51 | CMI0018 | 18-May-05 | 40478; 10 May 01; $15,777.20; 1/2% | 6/1/01; $15,698.40; Disc. $78.80 |
| 23 | | | 35 of 40 | CMI0019 | 18-May-05 | 40517; 17 May 01; $12,375.81; 1/2% | 6/1/01; $12,314.01'; Disc. $61.80 |
| 24 | | | Total: 100 | | | | |
| | | | | | | | |
| 25 | 1-Jul-05 | 100 ea | 5 of 40 | CMI0019 | 18-May-05 | See Above | See Above |
| 26 | | | 17 | CMI0020 | 20-Jun-05 | 40711; 15 June 01; $5,261.47; | 7/16/01; $5261.47 |
| | | | 13 | CMI0021 | 30-Jun-05 | 40790; 29 June 01; $4,023.56; | 7/30/01; $4023.56 |
| 27 | | | Total: 36 | | | | |
| | | | | | | | |
| | 1-Aug-05 | 100 ea | | | | | |
| | | | | | | | |
| | 1-Sep-05 | 45 ea | | | | | |
| | | | | | | | |