IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLUMBIA MANUFACTURING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-541C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk:

Please enter the appearance of Gregory T. Jaeger as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Gregory T. Jaeger
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention Classification Unit
8th Floor, "L" Street Bldg.

Dated: July 7, 2005

/s/Gregory T. Jaeger
Gregory T. Jaeger
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 353-7955
Fax: (202) 353-7988

CERTIFICATE OF FILING

I hereby certify that on July 7, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger