# In the United States Court of Federal Claims

No. 05-541C
Filed July 13, 2005

*************************************
COLUMBIA MANUFACTURING, INC. *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*************************************

**ORDER**

The Government's July 8, 2005 motion for enlargement of time of 30 days, through August 10, 2005, within which to respond to the May 11, 2005 Complaint, is hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge