IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLUMBIA MANUFACTURING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-541C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to issue an order staying proceedings in this case pending the resolution of the proceedings in Columbia Manufacturing, Inc. v. United States, No. 02-1221 ("Columbia I"), a related case also pending before this Court. Undersigned counsel has contacted counsel for plaintiff, and is authorized to state that plaintiff does not oppose this request.

The basis for the request for a stay of proceedings is as follows. Each of the five contracts at issue in this case is also at issue in Columbia I. In Columbia I, plaintiff challenges the Government's terminations for default of the five contracts. In this case, plaintiff challenges the Government's affirmative claims for excess reprocurement costs with respect to each contract. Because resolution of the proceedings in Columbia I likely will impact this litigation, the requested

stay of proceedings is appropriate. Our request also is consistent with the parties' discussion of a possible stay with the Court during the telephonic status conference held on May 12, 2005.

Accordingly, defendant respectfully requests the Court to grant this unopposed motion to stay the proceedings in this case pending the resolution of proceedings in Columbia I.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/Gregory T. Jaeger

GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7955
Fax: (202) 353-7988

OF COUNSEL:
BRYAN O'BOYLE
Sr. Trial Attorney
Air Force Legal Services Agency
Commercial Litigation Division
Arlington, VA

August 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 10, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger