# In the United States Court of Federal Claims

No. 05-541C
Filed August 16, 2005

**************************************
*
COLUMBIA MANUFACTURING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

The Government's August 10, 2005 unopposed motion to stay proceedings pending resolution of *Columbia Mfg., Inc.* v. *United States*, No. 02-1221C, is hereby **GRANTED.**

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge