IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLUMBIA MANUFACTURING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-541C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael S. Dufault as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington D.C. 20530
Phone: (202) 616-0471
Fax: (202) 353-7988

Attention: Classification Unit
8th Floor

s/Michael S. Dufault
Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 17, 2007

CERTIFICATE OF FILING

I hereby certify that on July 17, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael S. Dufault