**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

COLUMBIA MANUFACTURING, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 05-541C
(Judge Susan G. Braden)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(B) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee

BRYANT G. SNEE
Deputy Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0471
Fax: (202) 353-7988

OF COUNSEL:
Mr. Bryan O'Boyle
Sr. Trial Attorney
Air Force Legal Services Agency
Commercial Litigation Division
Arlington, VA

July 17, 2007

Attorneys for Defendant

/s/ Lawrence J. Sklute

LAWRENCE J. SKLUTE, Esq.
Sklute & Associates
11921 Rockville Pike
Suite 300
Rockville, MD 20852

July 17, 2007

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a copy of foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault